361 P.2d 161

STATE of New Mexico ex rel. BANKERS FIRE & MARINE INSURANCE COMPANY, a corporation, Petitioner,

v.

Honorable John B. McMANUS, Jr., Judge of the District Court of the Second Judicial District of the State of New Mexico, Respondent.

No. 6954.

Supreme Court of New Mexico.

April 25, 1961.

COMPTON, Chief Justice and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that the petition for writ of prohibition be and the same is hereby denied.

361 P.2d 161

In the Matter of Disbarment Proceedings against Howell R. SPEAR.

No. 6892.

Supreme Court of New Mexico.

April 25, 1961.

PER CURIAM.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that the Report of Referees filed herein be and the same is hereby adopted in its entirety.

Further ordered that the respondent, Howell R. Spear, be and he is hereby adjudged guilty of unprofessional and unethical conduct in the practice of law, as fully set forth in the Report of Referees, and the said Howell R. Spear be and he is hereby in open Court censured and reprimanded for such unethical and unprofessional conduct in the practice of law.